**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                      PLAINTIFF

v.                                           NO. 4:14CR00010-09 JLH

IVORY LAMONT JOHNSON                                                                      DEFENDANT

## ORDER

On April 7, 2014, United States Magistrate Judge Beth Deere appointed CJA Panel Attorney Steven R. Davis to represent defendant Ivory Lamont Johnson in the above styled matter. Attorney Mark F. Hampton filed an entry of appearance as retained counsel on April 14, 2014.

IT IS HEREBY ORDERED that Mark F. Hampton is hereby substituted as counsel of record for defendant Ivory Lamont Johnson, and Steven R. Davis is relieved from any further representation of defendant in this matter.

IT IS SO ORDERED this 22nd day of April, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE