# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

v.                 **CASE NO. 4:14CR00010-09-JLH**

**IVORY LAMONT JOHNSON**                                   **DEFENDANT**

## ORDER

The Court has requested and received a transcript of the detention hearing held on April 10, 2014. The Clerk of the Court is hereby directed to issue a check to Robin Warbritton, Transcriptionist, in the amount of $161.95. A copy of the invoice for transcription services is attached.

IT IS SO ORDERED this 24th day of April, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

# ORIGINAL
## INVOICE

TO: UNITED STATES DISTRICT COURT
for the Honorable J. Leon Holmes, U.S. District Judge

INVOICE DATE: April 22, 2014        INVOICE NO.: USDC12-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-004

TRANSCRIPT OF: Detention Hearing

Case Name: *USA v. Ivory Lamont Johnson*

Case No.: 4:14-CR-00010-09-JLH

Hearing Date: 4/10/2014

Presiding Judicial Officer:    Honorable Beth Deere

Transcript Type: **7-day Expedited**
Transcript Order Date: 4/15/2014
Transcript Order and Recording Received by Transcriber Date: 4/17/2014
Transcript Order Due Date: 4/24/2014 (7 days from receipt of recording & transcript order)
Transcript Completed/Delivery Date: 4/23/2014 (Via Courier to Ms. Suzy Flippen)

| | |
|---|---|
| 41 pages @ $3.95 per page (7 day expedited rate) | $161.95 |
| TOTAL DUE | $161.95 |

**REMIT TO:**
Robin Warbritton
20 Liberty Road
Vilonia, AR  72173
(501) 796-6560
TIN: *****0725
rwarbritton@yahoo.com
Contract No: USDC-ARE-12-001