**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                          No. 4:14CR00010-09 JLH

IVORY LAMONT JOHNSON                                                              DEFENDANT

**ORDER**

Pending before the Court is the joint motion to continue hearing on appeal of the magistrate's detention order currently set for Thursday, May 8, 2014, at 9:30 a.m. The motion is GRANTED. Document #190.

The hearing on the motion for amendment to the order of detention is hereby rescheduled for **THURSDAY, MAY 8, 2014, at 1:30 P.M.,** in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Document #117.

IT IS SO ORDERED this 24th day of April, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE