**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                        No. 4:14CR00010-09 JLH

IVORY LAMONT JOHNSON                                                    DEFENDANT

## ORDER

Without objection, Ivory Lamont Johnson's motion for temporary release to attend the funeral of his grandmother is GRANTED. Document #411. Johnson will be released to the custody of his mother, Barbara Johnson, from April 17, 2015, at 8:00 a.m., through April 20, 2015, at 6:00 p.m., so that he may attend the funeral services.

IT IS SO ORDERED this 16th day of April, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE